## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wieczorek, Eric D
Wieczorek, Linnett T
Printed: 1/29/08

Case Number:  07 B 10846
Judge:  Hollis, Pamela S
Filed:  6/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  December 17, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 775.00 |  |
| Secured: |  | 359.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 373.76 |
| Trustee Fee: |  | 41.84 |
| Other Funds: |  | 0.00 |
| Totals: | 775.00 | 775.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,200.00 | 373.76 |
| 2. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 3,566.00 | 359.40 |
| 4. | Drive Financial Services | Unsecured | 90.99 | 0.00 |
| 5. | Capital One | Unsecured | 159.55 | 0.00 |
| 6. | Ntl Recovery | Unsecured | 38.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 36.24 | 0.00 |
| 8. | SC State Education Assistance | Unsecured | 206.85 | 0.00 |
| 9. | Activity Collection Svc | Unsecured | 41.60 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 151.44 | 0.00 |
| 11. | HSBC Taxpayer Financial Services | Unsecured | 217.11 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 570.75 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 60.32 | 0.00 |
| 14. | Hoevel & Associates P C | Unsecured | 776.13 | 0.00 |
| 15. | A/R Concepts Inc | Unsecured |  | No Claim Filed |
| 16. | American Collection Corp | Unsecured |  | No Claim Filed |
| 17. | AFNI | Unsecured |  | No Claim Filed |
| 18. | Nuvell Financial Services | Unsecured |  | No Claim Filed |
| 19. | American General Finance | Unsecured |  | No Claim Filed |
| 20. | Allied Interstate | Unsecured |  | No Claim Filed |
| 21. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 22. | Chase Automotive Finance | Unsecured |  | No Claim Filed |
| 23. | Diversified Svs Group | Unsecured |  | No Claim Filed |
| 24. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 25. | Devon Financial Services Inc | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wieczorek, Eric D | | Case Number: 07 B 10846 |
|---|---|---|---|
| | Wieczorek, Linnett T | | Judge: Hollis, Pamela S |
| | Printed: 1/29/08 | | Filed: 6/18/07 |

| | | | |
|---|---|---|---|
| 26. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 27. | Cbe Group | Unsecured | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | No Claim Filed |
| 29. | Certified Recovery | Unsecured | No Claim Filed |
| 30. | LeLand Scott & Associates | Unsecured | No Claim Filed |
| 31. | Medical Collections | Unsecured | No Claim Filed |
| 32. | Lou Harris | Unsecured | No Claim Filed |
| 33. | Professional Account Management | Unsecured | No Claim Filed |
| 34. | Medical Collections | Unsecured | No Claim Filed |
| 35. | NCO Financial Systems | Unsecured | No Claim Filed |
| 36. | Arrow Financial Services | Unsecured | No Claim Filed |
| 37. | LeLand Scott & Associates | Unsecured | No Claim Filed |
| 38. | NCO Financial Systems | Unsecured | No Claim Filed |
| 39. | Professional Account Management | Unsecured | No Claim Filed |
| 40. | USCB | Unsecured | No Claim Filed |
| 41. | Sallie Mae | Unsecured | No Claim Filed |
| 42. | Universal Lenders Inc | Unsecured | No Claim Filed |
| 43. | Swiss Colony | Unsecured | No Claim Filed |
| 44. | Risk Management Alternatives | Unsecured | No Claim Filed |
| 45. | Illinois Collection Service | Unsecured | No Claim Filed |
| 46. | USA Payday Loans | Unsecured | No Claim Filed |
| 47. | Medical Data Systems I | Unsecured | No Claim Filed |
| 48. | The Affiliated Group | Unsecured | No Claim Filed |

$ 8,114.98          $ 733.16

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 41.84 |
| | $ 41.84 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

